UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE:   YOUNG, JENNIFER                                Case 11-20303

                                                        Chapter 7

## TRANSMITTAL OF UNCLAIMED FUNDS

NOW INTO COURT comes LUCY G. SIKES, Chapter 7 Bankruptcy Trustee in the above captioned bankruptcy case, who reports the following:

1.

Ninety (90) days having passed since the final distribution under 11 U.S.C. Section 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of the persons to whom such un-negotiated distribution checks were issued, the amount of such checks, and their last known address are:

> Jennifer Young
> 4200 Maplewood Drive, #305
> Sulphur, LA  70663
> **Note**: Last known address is 360 Moss Road, Sulphur LA 70663 (original distribution check mailed to both addresses but remained uncashed).
> Surplus claim in the full sum of $13,403.76
> Amount due from Trustee: $13,403.76

2.

Your Trustee's check for $13,403.76 payable to the Clerk of Court, is attached to this report and list.

3.

Nothing further remains to be done in this case.

DATED: January 17, 2022.                    Respectfully submitted,

                                            LUCY G. SIKES
                                            CHAPTER 7 TRUSTEE

                                            */s/Lucy G. Sikes*
                                            Lucy G. Sikes LA Bar Roll #22787
                                            Post Office Box 52545
                                            Lafayette, LA 70505-2545
                                            Telephone (337) 366-0214
                                            Email:  lucygsikes1@gmail.com