**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

In re: YOUNG, JENNIFER § Case No. 11-20303
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lucy G. Sikes, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,723.00 | Assets Exempt: | $8,450.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,379.51 | Claims Discharged Without Payment: | $13,446.00 |
| Total Expenses of Administration: | $29,216.73 | | |

3) Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $19,403.76 (see **Exhibit 2**), yielded net receipts of $30,596.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $29,216.73 | $29,216.73 | $29,216.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $14,926.00 | $1,347.12 | $1,379.51 | $1,379.51 |
| **TOTAL DISBURSEMENTS** | $14,926.00 | $30,563.85 | $30,596.24 | $30,596.24 |

4) This case was originally filed under chapter 7 on 03/25/2011. The case was pending for 130 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/03/2022    By: /s/ Lucy G. Sikes
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class action claim | 1242-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  | Funds paid to debtor by special counsel (per order #32) | 8100-002 | $6,000.00 |
| Clerk, United States Bankruptcy court | Unclaimed funds; surplus to debtor | 8100-002 | $13,403.76 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$19,403.76** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lucy G. Sikes | 2100-000 | NA | $3,809.62 | $3,809.62 | $3,809.62 |
| Trustee, Expenses - Lucy G. Sikes | 2200-000 | NA | $34.10 | $34.10 | $34.10 |
| Attorney for Trustee Fees - Lucy Griffin Sikes, Attorney at Law, LLC | 3110-000 | NA | $2,437.50 | $2,437.50 | $2,437.50 |
| Attorney for Trustee, Expenses - Lucy G. Sikes | 3120-000 | NA | $84.01 | $84.01 | $84.01 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $55.46 | $55.46 | $55.46 |
| Special Counsel for Trustee Fees - Archer Systems, LLC | 3210-600 | NA | $19,000.00 | $19,000.00 | $19,000.00 |
| Special Counsel for Trustee Expenses - Archer Systems, LLC | 3220-610 | NA | $3,796.04 | $3,796.04 | $3,796.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$29,216.73** | **$29,216.73** | **$29,216.73** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | Midland Credit Management, Inc. as agent for Asset Acceptance LLC | 7200-000 | $534.00 | $613.39 | $613.39 | $613.39 |
| 1-1I | Midland Credit Management, Inc. as agent for Asset Acceptance LLC | 7990-000 | NA | NA | $14.75 | $14.75 |
| 2-2 | Midland Funding LLC | 7200-000 | $946.00 | $733.73 | $733.73 | $733.73 |
| 2-2I | Midland Funding LLC | 7990-000 | NA | NA | $17.64 | $17.64 |
| N/F | Asset Acceptance P. O. Box 1630 Warren, MI 48090 | 7100-000 | $613.00 | NA | NA | NA |
| N/F | CitiFinancial 300 Saint Paul PL Baltimore, MD 21202 | 7100-000 | $8,129.00 | NA | NA | NA |
| N/F | Credit Control Corp. 11821 Rock Landing Dr. Newport News, VA | 7100-000 | $125.00 | NA | NA | NA |
| N/F | Lake Area Collections 128 Arlington Dr Bldg G Lake Charles, | 7100-000 | $106.00 | NA | NA | NA |
| N/F | Midland Credit Management 8875 Aero Dr. San Diego, CA 92123 | 7100-000 | $734.00 | NA | NA | NA |
| N/F | NCO Credit Services PO Box 8547 Philadelphia, PA 19101 | 7100-000 | $67.00 | NA | NA | NA |
| N/F | The Pathology Lab P.O. Box 3726 Lake Charles, LA 70602-3726 | 7100-000 | $30.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | The Pathology Lab P.O. Box 3726 Lake Charles, LA 70602-3726 | 7100-000 | $93.00 | NA | NA | NA |
| N/F | The Pathology Lab P.O. Box 3726 Lake Charles, LA 70602-3726 | 7100-000 | $25.00 | NA | NA | NA |
| N/F | The Pathology Lab P.O. Box 3726 Lake Charles, LA 70602-3726 | 7100-000 | $15.00 | NA | NA | NA |
| N/F | The Pathology Lab P.O. Box 3726 Lake Charles, LA 70602-3726 | 7100-000 | $15.00 | NA | NA | NA |
| N/F | WFNNB PO Box 182789 COLUMBUS, OH 43218-2789 | 7100-000 | $683.00 | NA | NA | NA |
| N/F | Wells Fargo Processing Center P.O. Box 98751 Las Vegas, NV | 7100-000 | $2,811.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$14,926.00** | **$1,347.12** | **$1,379.51** | **$1,379.51** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 11-20303
Case Name: YOUNG, JENNIFER
For Period Ending: 02/03/2022

Trustee Name: (380110) Lucy G. Sikes
Date Filed (f) or Converted (c): 03/25/2011 (f)
§ 341(a) Meeting Date:
Claims Bar Date: 05/19/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CSE Federal Credit Union | 300.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture, Computer, Television | 650.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Child Support Per month | 398.00 | 0.00 | | 0.00 | FA |
| 5 | 2001 Nissan Maxima 146,000 miles | 2,075.00 | 0.00 | | 0.00 | FA |
| 6* | Class action claim (u)<br>07/29/2020 Will monitor claim for final settlemnt. lgs<br>(See Footnote) | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$53,723.00** | **$50,000.00** | | **$50,000.00** | **$0.00** |

RE PROP# 6    07/29/2020; Awaiting final settlement from admnistrator. lgs

**Major Activities Affecting Case Closing:**

01/10/2022; Unclaimed funds (surplus funds) submitted to clerk. lgs
10/27/2021 Receipt and Review of mail re: Returned distribution check to debtor re: Dividend surplus; Mailed to address 360 Moss Road Sulphur, LA. 70663 given to us from Angela Randermann.  LLR
10/07/2021 Received Order of Distribution. lgs
09/04/2021 TFR submitted. lgs
08/26/2021; Received order approving attorney fees, docket #38. lgs
08/02/2021; Fee application for attorney fees set for hearing 9/1/2021. lgs (Mailed to debtor, 08/02/2021). LLR
07/13/2021 Claims have been reviewed. lgs
07/13/2021 Receipt and Review of mail re: Check re: Settlement from Archer Systems; Deposited on 07/13/2021.  LLR
07/06/2021; Administrator reports check to be issued to trustee next week. lgs
07/06/2021; Emailed request for update to settlement administrator. lgs
02/23/2021; Receive/review order approving compromise. lgs
01/26/2021; Received approved application, filed with court.  Hearing pending 2/24/2021. lgs
01/07/2021; Follow-up request sent regarding approval of draft Application. lgs
12/09/2020; Awaiting apporoval of draft Application to Compromise from special counsel. lgs
10/15/2020; Received proposed distribution, will prepare Application to Compromise. lgs
08/30/2020; Application to Employ Special Counsel has been filed with court; email to adminstrator regarding status of proposed distribution. lgs
08/30/2020 Claims have been reviewed, sending emails and regular correspondence for more claims to scheduled creditors. lgs
07/29/2020; Email to administrator for special counsel affidavit and  proposed settlement statement. lgs
06/08/2020; Request to Stretto to update trustee asset and claim listings. lgs
2/18/2020; Case reopened to administer class action claim. lgs

**Initial Projected Date Of Final Report (TFR):** 08/31/2021    **Current Projected Date Of Final Report (TFR):** 09/04/2021 (Actual)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 2

**Case No.:** 11-20303
**Case Name:** YOUNG, JENNIFER

**For Period Ending:** 02/03/2022

**Trustee Name:** (380110) Lucy G. Sikes
**Date Filed (f) or Converted (c):** 03/25/2011 (f)
**§ 341(a) Meeting Date:**
**Claims Bar Date:** 05/19/2020

02/03/2022
Date

/s/Lucy G. Sikes
Lucy G. Sikes

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 11-20303 | Trustee Name: | Lucy G. Sikes (380110) |
|---|---|---|---|
| Case Name: | YOUNG, JENNIFER | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3920 | Account #: | ******7339 Checking |
| For Period Ending: | 02/03/2022 | Blanket Bond (per case limit): | $26,804,770.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/13/21 | | Archer Systems, LLC | Settlement funds per docket #32. | | 21,203.96 | | 21,203.96 |
| | {6} | | Gross settlement proceeds per docket #32  $50,000.00 | 1242-000 | | | |
| | | | Special counsel fees per docket #32  -$19,000.00 | 3210-600 | | | |
| | | | Special counsel expenses per docket #32  -$461.04 | 3220-610 | | | |
| | | | MDL fee per docket #32  -$2,500.00 | 3220-610 | | | |
| | | | Bankruptcy Coordination fee per order, docket #32  -$700.00 | 3220-610 | | | |
| | | | Lien resolution fee per docket #32  -$135.00 | 3220-610 | | | |
| | | | Funds paid to debtor by special counsel (per order #32)  -$6,000.00 | 8100-002 | | | |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 19.25 | 21,184.71 |
| 08/26/21 | 101 | Lucy Griffin Sikes, Attorney at Law, LLC | Attorney fees and expenses per order, docket #38 | | | 2,521.51 | 18,663.20 |
| | | Lucy Griffin Sikes, Attorney at Law, LLC | Attorney fees per order, docket #38  $2,437.50 | 3110-000 | | | |
| | | Lucy G. Sikes | Attorney expenses per order, docket #38  $84.01 | 3120-000 | | | |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.21 | 18,626.99 |
| 10/07/21 | 102 | Lucy G. Sikes | Combined trustee compensation & expense dividend payments. | | | 3,843.72 | 14,783.27 |
| | | Lucy G. Sikes | Claims Distribution - Sat, 09-04-2021  $3,809.62 | 2100-000 | | | |
| | | Lucy G. Sikes | Claims Distribution - Sat, 09-04-2021  $34.10 | 2200-000 | | | |
| 10/07/21 | 103 | Midland Credit Management, Inc. as agent for Asset Acceptance LLC | Combined dividend payments for Claim #1-1, 1-1I | | | 628.14 | 14,155.13 |
| | | Midland Credit Management, Inc. as agent for Asset Acceptance LLC | Claims Distribution - Sat, 09-04-2021  $613.39 | 7200-000 | | | |
| | | Midland Credit Management, Inc. as agent for Asset Acceptance LLC | Claims Distribution - Sat, 09-04-2021  $14.75 | 7990-000 | | | |

Page Subtotals: $21,203.96   $7,048.83

{ } Asset Reference(s)  UST Form 101-7-TDR (10/1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 11-20303 | Trustee Name: | Lucy G. Sikes (380110) |
|---|---|---|---|
| Case Name: | YOUNG, JENNIFER | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3920 | Account #: | ******7339 Checking |
| For Period Ending: | 02/03/2022 | Blanket Bond (per case limit): | $26,804,770.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/07/21 | 104 | Midland Funding LLC | Combined dividend payments for Claim #2-2, 2-2I | | | 751.37 | 13,403.76 |
| | | Midland Funding LLC | Claims Distribution - Sat, 09-04-2021 $733.73 | 7200-000 | | | |
| | | Midland Funding LLC | Claims Distribution - Sat, 09-04-2021 $17.64 | 7990-000 | | | |
| 10/07/21 | 105 | YOUNG, JENNIFER | Distribution payment - Dividend paid at 100.00% of $13,403.76; Claim # SURPLUS; Filed: $0.00 Stopped on 01/10/2022 | 8200-002 | | 13,403.76 | 0.00 |
| 01/10/22 | 105 | YOUNG, JENNIFER | Distribution payment - Dividend paid at 100.00% of $13,403.76; Claim # SURPLUS; Filed: $0.00 Stopped: check issued on 10/07/2021 | 8200-002 | | -13,403.76 | 13,403.76 |
| 01/10/22 | 106 | Clerk, United States Bankruptcy court | Unclaimed funds; surplus to debtor | 8100-002 | | 13,403.76 | 0.00 |
| | | **COLUMN TOTALS** | | | 21,203.96 | 21,203.96 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 21,203.96 | 21,203.96 | |
| | | | Less: Payments to Debtors | | | 19,403.76 | |
| | | **NET Receipts / Disbursements** | | | $21,203.96 | $1,800.20 | |

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 11-20303 | **Trustee Name:** | Lucy G. Sikes (380110) |
| **Case Name:** | YOUNG, JENNIFER | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3920 | **Account #:** | ******7339 Checking |
| **For Period Ending:** 02/03/2022 | | **Blanket Bond (per case limit):** | $26,804,770.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $21,203.96 |
| Plus Gross Adjustments: | $28,796.04 |
| Less Payments to Debtor: | $19,403.76 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $30,596.24 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7339 Checking | $21,203.96 | $1,800.20 | $0.00 |
| | **$21,203.96** | **$1,800.20** | **$0.00** |

02/03/2022
Date

/s/Lucy G. Sikes
Lucy G. Sikes